IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-101 |
| | ) | |
| MATTHEW KYLE BRAZELL | ) | |

**O R D E R**

The Court has released Defendant on bond for residential drug rehabilitation at Immanuel House, located in Augusta, Georgia and operated by 143 Ministries. (Doc. nos. 58, 59.) During the period of rehabilitation, the supervising probation officer shall have no supervision duties other than contacting Immanuel House on a regular basis to ensure Defendant is still enrolled and complying with all program rules and requirements. Immanuel House must notify the supervising officer immediately in the event of Defendant violating any program rule or requirement, or exiting the program for any reason.

SO ORDERED this 19th day of March, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA